42.441-04

Mr. Sadiq Adeleke, #792196
Lynaugh Unit
1098 S. Hwy 2037
Ft-Stockton, Tx-79735
8/19/15.

The Clerk,
Texas Court of Criminal Appeals
Austin, Tx.

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 26 2015
Abel Acosta, Clerk

Dear Clerk,
    This letter is pursuant to Tx. C. C. Proc. Art. 24.02 to ask the clerk please send to me four blank Subpena duce tecum application forms for use to get records of my criminal case from the County of my conviction.
    Thank you for your time.

Respectfully Yours,
Sadiq Adeleke.